**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Britlind Oil, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3353104** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **16475 North Dallas Parkway**<br>**Suite 230**<br>**Addison, TX 75001**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Britlind Oil, LLC**
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| District | When | Case number |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Britlind Oil, LLC**        Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Britlind Oil, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 7, 2018**
MM / DD / YYYY

X **/s/ Michael Bezdek**
Signature of authorized representative of debtor

**Michael Bezdek**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**
Signature of attorney for debtor

Date  **November 7, 2018**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road
Suite 100
Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**   Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Britlind Oil, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Billy Waller Enterprises** P.O. Box 192 Emerson, AR 71740 | | | | | | $14,595.00 |
| **Blueline Rental, LLC** P.O. Box 840062 Dallas, TX 75284 | | | | | | $16,026.12 |
| **Concordia Parish Tax Collector** Need Address | | | | | | $17,076.71 |
| **Davies Construction, LLC** Need Address | | | | | | $32,180.93 |
| **DOC Energy Services** 98 Main Street LA 71091 | | | | | | $17,842.64 |
| **Hadley Energy Services, LLC** 1113-A Ridge Road Duson, LA 70529 | | | | | | $90,105.10 |
| **Hine Environmental Services, LLC** 4327 Hwy 27 South Sulphur, LA 70665 | | | | | | $14,252.09 |
| **James Ryan** 8616 Turltle Creek #16 Dallas, TX 75225 | | | | | | $74,985.84 |
| **K&J Co.** 301 E. Kaliste Saloom Rd. #100 Lafayette, LA 70508 | | | | | | $30,806.05 |
| **Lime Electric** 1187 Brittmoore Road Houston, TX 77043 | | | | | | $16,464.47 |

Debtor **Britlind Oil, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McGyver Inc. 2940 Prudhomme Rd. Eunice, LA 70535 | | | | | | $23,750.00 |
| Monda E-Line Services, Inc 635 Rue Scholastique Scott, LA 70583 | | | | | | $17,240.78 |
| Pioneer Wireline Services, LLC P.O. Box 202567 Dallas, TX 75320 | | | | | | $31,994.00 |
| Precision Energy Services, Inc P.O. Box 301003 Dallas, TX 75303 | | | | | | $17,754.03 |
| R.P.S. Cementing Company, LLC P.O. Box 176 Livonia, LA 70755 | | | | | | $42,640.00 |
| Randazzo Giglio & Bailey, LLC P.O. Box 51347 Lafayette, LA 70505 | | | | | | $21,061.49 |
| Reagan Power PO Box 1850 Gretna, LA 70054 | | | | | | $39,788.61 |
| ReliaTerre, LLC P.O. Box 52248 Lafayette, LA 70505 | | | | | | $14,125.43 |
| Southeast Texas HR, LLC 4347 Phelan BLVD, STE 104 Beaumont, TX 77707 | | | | | | $29,941.88 |
| United Rental 6125 Lake View Rd., #300 Charlotte, NC 28269 | | | | | | $107,909.21 |

ADS Family Trust
6527 Anita Street
Dallas, TX 75214

Aggreko, LLC
P.O. Box 972562
Dallas, TX 75397

Alfred W Short Trust
2417 Timberlake rive
Orlando, FL 32806

All Phase Electrical Services, Inc
P.O. Box 61474
Lafayette, LA 70596

Andrew & Mary Ann Heller
P.O. Box 340G40
Austin, TX 78734

Anthony Foster
4705 Evangeline Hwy
Starks, LA 70661

B.O.P. Ram-Block & Iron Rentals, Inc
P.O. Box 872
Weatherford, OK 73096

Billy Waller Enterprises
P.O. Box 192
Emerson, AR 71740

Blueline Rental, LLC
P.O. Box 840062
Dallas, TX 75284

```
Bobby Johnson Equipment Co.
P.O. Box 399
Oil City, LA 71061


Bureau Veritas
384 Post Oak Rd.
Sulphur, LA 70663


Business Health Partners
3649 S. Beglis Parkway
Sulphur, LA 70665


Calcasieu Rentals, Inc
233 Highway 397
Lake Charles, LA 70615


Caprock Iol & Gas Fund LP
5235 Westview Drive
Suite 100
Frederick, MD 21703


Charles Gale
2929 Milton
Dallas, TX 75205


Clariant Corporation
Dept 2203
Carol Stream, IL 60132


Clere Cavazos
Need Address


Clifford Hoelscher
4960 Firestone
College Station, TX 77845
```

```
Coastal Pipe of Louisiana, Inc
P.O. Box 99
Carencro, LA 70520


Concordia Parish Tax Collector
Need Address


Corbello Excavating, LLC
1433 Hwy 109 South
Vinton, LA 70668


Craig Blaesing
4125 Sicily Dr
Frisco, TX 75034


Cypress Propane
Need Address


Dart B. Trucking
Box 22
Oil City, LA 71061


Davies Construction, LLC
Need Address


Deep South
1203 Gerstner Memorial Dr
Lake Charles, LA 70601


Deepwell Energy Services, LLC
P.O. Box 1000, DEPT #0944
Memphis, TN 38148
```

```
DOC Energy Services
98 Main Street
LA 71091


Driskell Electric Service, LLC
213 East Arkansas
Vivian, LA 71082


Dynamite Dumpsters
51582 Hwy 443
Loranger, LA 70446


Dynasty Energy Services, LlC
P.O. Box 81566
Lafayette, LA 70507


Earnest Clark
P.O. Box 3281
Brewer, ME 04412


Encore Environmental & Safety, LLC
1190 LaHaye Road
Mamou, LA 70554


Energy Pipe and Equipment Rentals, LLC
PO Box 81355
Lafayette, LA 70598


Euramerica Gas & Oil Corp
1333 S University Drive
Suite 202
Fort Lauderdale, FL 33324


Fossil Fuels of Louisiana LLC
216 Renee
Lafayette, LA 70503
```

```
Frank Janusz
6049 Via Diana
Delray Beach, FL 33484


GAry Nolan
445 Johnson Ave
Celina, OH 45822


Gene Eckle
100 Deer CV
Fayetteville, GA 30214


Gerald Simonson
5813 Jeff Place
Minneapolis, MN 55436


Gulf Coast Chemical, LLC
220 Jacqulyn Street
Abbeville, LA 70510


Hadley Energy Services, LLC
1113-A Ridge Road
Duson, LA 70529


Highlander Drilling Tools
337 Loreal Ln
Davis, OK 73030


Hine Environmental Services, LLC
4327 Hwy 27 South
Sulphur, LA 70665


Houston J. Cormier
P.O. Box 1845
Vinton, LA 70668
```

```
James Lapeze
701 Poydras Street
Suite 5000
New Orleans, LA 70139


James Macek
4356 Cloverdale Road
Cedar Rapids, IA 52411


James Ryan
8616 Turltle Creek #16
Dallas, TX 75225


JBKMGMT, LLC
1434 Eagle Bend
Southlake, TX 76092


Jerry Maier
100 J & J Lane
Stuttgart, AR 72160


Jesse James Gonzales
2051 S Ellison Dr
San Antonio, TX 78245


Joe Huesers
P.O. Box 61273
Lafayette, LA 70596


John Fisher
1690 Redball
Nora Springs, IA 50458


Jon Beerbohm
30 Upland Road
Needham, MA 02492
```

Jonathan Thayer
3809 Centenary
Dallas, TX 75225


Justin Wilber
4209 McKinney Ave
Suite 102
Dallas, TX 75205


K&J Co.
301 E. Kaliste Saloom Rd. #100
Lafayette, LA 70508


Kenneth Johnson
PO box 595
Starks, LA 70661


LA Tank
PO Box 1863
Lake Charles, LA 70602


Lafayette Signs, Inc.
440 Industiral Parkway.#7
Lafayette, LA 70508


Levy Diamond Bello & Associates, LLC
P.O. Box 352
Milford, CT 06460


Lime Electric
1187 Brittmoore Road
Houston, TX 77043


Mark Coles
201 E. 77th Street
Suite 17E
New York, NY 10075

```
Mark Moore
5103 Buddy Johnson Road
Starks, LA 70661


Mark Rubin
13601 Preston Raod
SUite 500E
Dallas, TX 75287


Marty Turco
3445 Hanover Street
Dallas, TX 75225


Matthew Estridge
5097 Buddy Johnson Road
Starks, LA 70661


McGyver Inc.
2940 Prudhomme Rd.
Eunice, LA 70535


Monda E-Line Services, Inc
635 Rue Scholastique
Scott, LA 70583


Morgan Valley
835 Hwy. 109
Starks, LA 70661


Olympia Minerals Leasing, LLC
c/o Robert Theriot
1001 Fannin
Suite 1800
Houston, TX 77002


Paul Boening
2240 Woodchuck
Saint Paul, MN 55110
```

```
Pecos Financial Company, LLC
1800 E Airport Freeway
Irving, TX 75062


Pelican Land Surveying, LLC
P.O. Box 1747
Sulphur, LA 70664


Pelican Oil Tools
P.O. Box 2673
Sulphur, LA 70664


Perry's Welding Service
307 E. Oak Street
Abbeville, LA 70510


Peter McGuire
3839 McKinney Ave
Suite 503
Dallas, TX 75204


Pierce Oilfield Construction, LLC
P.O. Box 278
Dequincy, LA 70633


Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320


Precision Energy Services, Inc
P.O. Box 301003
Dallas, TX 75303


R.P.S. Cementing Company, LLC
P.O. Box 176
Livonia, LA 70755
```

R360 Environmental Solutions, LLC
P.O. Box 1467
Jennings, LA 70546


Randazzo Giglio & Bailey, LLC
P.O. Box 51347
Lafayette, LA 70505


Raymond Latiolais
P.O. Box 907
Breaux Bridge, LA 70517


Reagan Power
PO Box 1850
Gretna, LA 70054


ReliaTerre, LLC
P.O. Box 52248
Lafayette, LA 70505


Renate Reeder Trust
4410 S Retana Place
Broken Arrow, OK 74011


Rob Spangler
953 S Frontage Rd West
Suite 208
Vail, CO 81657


Roger Pevoto
105 6th Street
Starks, LA 70661


Ron Edgington
5152 Buddy Johnson Road
Starks, LA 70661

```
Rusco Services, Inc.
1050 QCP Park Drive
Broussard, LA 70518


Ryvers G reeder Trust
4410 Retana Place
Broken Arrow, OK 74011


Sand Control
PO Box 92561
Lafayette, LA 70509


Sandra Dodge
6241 Calle del Alcazar
Rancho Santa Fe, CA 92067


Sean & Yuka Byers
2940 Warrenton Way
Colorado Springs, CO 80922


Southeast Texas HR, LLC
4347 Phelan BLVD, STE 104
Beaumont, TX 77707


Southside Machine Works, Inc
P.O. Box 6410
Lake Charles, LA 70606


State Of Louisiana
Dept of Environmental Quality
Financial Services Division
P.O. Box 4311
Baton Rouge, LA 70821


State Police, Right-to-Know
Office of Management and Finance
P.O. Box 66909
Baton Rouge, LA 70896
```

```
Tanglewood Equities LP
225 Greenfield Parkway
Suite 202
Liverpool, NY 13088


TCP Specialists, Inc.
585 Park Dr.
Gloster, LA 71030


Terrance Morton
1284 Brawley School Road
Mooresville, NC 28117


Thomas Dodge
P.O. Box 601796
Dallas, TX 75360


United Rental
6125 Lake View Rd., #300
Charlotte, NC 28269


Vernon Govender
6215 Prestondell
Dallas, TX 75254


William Duvall, Jr.
2000 McKinney Ave
Suite 1000
Dallas, TX 75201
```