BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**Britlind Oil, LLC**     §
§
§     Case No.: **18-33693**
§
§
Debtor(s)     §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **November 8, 2018**          **/s/ Michael Bezdek**
**Michael Bezdek**/**Managing Member**
Signer/Title

Date: **November 8, 2018**          **/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins**
**Eric A. Liepins**
**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

**81-3353104**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

.

ADS Family Trust
6527 Anita Street
Dallas, TX 75214


Aggreko, LLC
P.O. Box 972562
Dallas, TX 75397


Alfred W Short Trust
2417 Timberlake rive
Orlando, FL 32806


All Phase Electrical Services, Inc
P.O. Box 61474
Lafayette, LA 70596


Andrew & Mary Ann Heller
P.O. Box 340G40
Austin, TX 78734


Anthony Foster
4705 Evangeline Hwy
Starks, LA 70661


B.O.P. Ram-Block & Iron Rentals, Inc
P.O. Box 872
Weatherford, OK 73096


Billy Waller Enterprises
P.O. Box 192
Emerson, AR 71740


Blueline Rental, LLC
P.O. Box 840062
Dallas, TX 75284

Bobby Johnson Equipment Co.
P.O. Box 399
Oil City, LA 71061


Bureau Veritas
384 Post Oak Rd.
Sulphur, LA 70663


Business Health Partners
3649 S. Beglis Parkway
Sulphur, LA 70665


Calcasieu Rentals, Inc
233 Highway 397
Lake Charles, LA 70615


Caprock Iol & Gas Fund LP
5235 Westview Drive
Suite 100
Frederick, MD 21703


Charles Gale
2929 Milton
Dallas, TX 75205


Clariant Corporation
Dept 2203
Carol Stream, IL 60132


Clere Cavazos
Need Address


Clifford Hoelscher
4960 Firestone
College Station, TX 77845

```
Coastal Pipe of Louisiana, Inc
P.O. Box 99
Carencro, LA 70520


Concordia Parish Tax Collector
Need Address


Corbello Excavating, LLC
1433 Hwy 109 South
Vinton, LA 70668


Craig Blaesing
4125 Sicily Dr
Frisco, TX 75034


Cypress Propane
Need Address


Dart B. Trucking
Box 22
Oil City, LA 71061


Davies Construction, LLC
Need Address


Deep South
1203 Gerstner Memorial Dr
Lake Charles, LA 70601


Deepwell Energy Services, LLC
P.O. Box 1000, DEPT #0944
Memphis, TN 38148
```

```
DOC Energy Services
98 Main Street
LA 71091


Driskell Electric Service, LLC
213 East Arkansas
Vivian, LA 71082


Dynamite Dumpsters
51582 Hwy 443
Loranger, LA 70446


Dynasty Energy Services, LlC
P.O. Box 81566
Lafayette, LA 70507


Earnest Clark
P.O. Box 3281
Brewer, ME 04412


Encore Environmental & Safety, LLC
1190 LaHaye Road
Mamou, LA 70554


Energy Pipe and Equipment Rentals, LLC
PO Box 81355
Lafayette, LA 70598


Euramerica Gas & Oil Corp
1333 S University Drive
Suite 202
Fort Lauderdale, FL 33324


Fossil Fuels of Louisiana LLC
216 Renee
Lafayette, LA 70503
```

Frank Janusz
6049 Via Diana
Delray Beach, FL 33484


GAry Nolan
445 Johnson Ave
Celina, OH 45822


Gene Eckle
100 Deer CV
Fayetteville, GA 30214


Gerald Simonson
5813 Jeff Place
Minneapolis, MN 55436


Gulf Coast Chemical, LLC
220 Jacqulyn Street
Abbeville, LA 70510


Hadley Energy Services, LLC
1113-A Ridge Road
Duson, LA 70529


Highlander Drilling Tools
337 Loreal Ln
Davis, OK 73030


Hine Environmental Services, LLC
4327 Hwy 27 South
Sulphur, LA 70665


Houston J. Cormier
P.O. Box 1845
Vinton, LA 70668

```
James Lapeze
701 Poydras Street
Suite 5000
New Orleans, LA 70139


James Macek
4356 Cloverdale Road
Cedar Rapids, IA 52411


James Ryan
8616 Turltle Creek #16
Dallas, TX 75225


JBKMGMT, LLC
1434 Eagle Bend
Southlake, TX 76092


Jerry Maier
100 J & J Lane
Stuttgart, AR 72160


Jesse James Gonzales
2051 S Ellison Dr
San Antonio, TX 78245


Joe Huesers
P.O. Box 61273
Lafayette, LA 70596


John Fisher
1690 Redball
Nora Springs, IA 50458


Jon Beerbohm
30 Upland Road
Needham, MA 02492
```

```
Jonathan Thayer
3809 Centenary
Dallas, TX 75225


Justin Wilber
4209 McKinney Ave
Suite 102
Dallas, TX 75205


K&J Co.
301 E. Kaliste Saloom Rd. #100
Lafayette, LA 70508


Kenneth Johnson
PO box 595
Starks, LA 70661


LA Tank
PO Box 1863
Lake Charles, LA 70602


Lafayette Signs, Inc.
440 Industiral Parkway.#7
Lafayette, LA 70508


Levy Diamond Bello & Associates, LLC
P.O. Box 352
Milford, CT 06460


Lime Electric
1187 Brittmoore Road
Houston, TX 77043


Mark Coles
201 E. 77th Street
Suite 17E
New York, NY 10075
```

```
Mark Moore
5103 Buddy Johnson Road
Starks, LA 70661


Mark Rubin
13601 Preston Raod
SUite 500E
Dallas, TX 75287


Marty Turco
3445 Hanover Street
Dallas, TX 75225


Matthew Estridge
5097 Buddy Johnson Road
Starks, LA 70661


McGyver Inc.
2940 Prudhomme Rd.
Eunice, LA 70535


Monda E-Line Services, Inc
635 Rue Scholastique
Scott, LA 70583


Morgan Valley
835 Hwy. 109
Starks, LA 70661


Olympia Minerals Leasing, LLC
c/o Robert Theriot
1001 Fannin
Suite 1800
Houston, TX 77002


Paul Boening
2240 Woodchuck
Saint Paul, MN 55110
```

```
Pecos Financial Company, LLC
1800 E Airport Freeway
Irving, TX 75062


Pelican Land Surveying, LLC
P.O. Box 1747
Sulphur, LA 70664


Pelican Oil Tools
P.O. Box 2673
Sulphur, LA 70664


Perry's Welding Service
307 E. Oak Street
Abbeville, LA 70510


Peter McGuire
3839 McKinney Ave
Suite 503
Dallas, TX 75204


Pierce Oilfield Construction, LLC
P.O. Box 278
Dequincy, LA 70633


Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320


Precision Energy Services, Inc
P.O. Box 301003
Dallas, TX 75303


R.P.S. Cementing Company, LLC
P.O. Box 176
Livonia, LA 70755
```

```
R360 Environmental Solutions, LLC
P.O. Box 1467
Jennings, LA 70546


Randazzo Giglio & Bailey, LLC
P.O. Box 51347
Lafayette, LA 70505


Raymond Latiolais
P.O. Box 907
Breaux Bridge, LA 70517


Reagan Power
PO Box 1850
Gretna, LA 70054


ReliaTerre, LLC
P.O. Box 52248
Lafayette, LA 70505


Renate Reeder Trust
4410 S Retana Place
Broken Arrow, OK 74011


Rob Spangler
953 S Frontage Rd West
Suite 208
Vail, CO 81657


Roger Pevoto
105 6th Street
Starks, LA 70661


Ron Edgington
5152 Buddy Johnson Road
Starks, LA 70661
```

```
Rusco Services, Inc.
1050 QCP Park Drive
Broussard, LA 70518


Ryvers G reeder Trust
4410 Retana Place
Broken Arrow, OK 74011


Sand Control
PO Box 92561
Lafayette, LA 70509


Sandra Dodge
6241 Calle del Alcazar
Rancho Santa Fe, CA 92067


Sean & Yuka Byers
2940 Warrenton Way
Colorado Springs, CO 80922


Southeast Texas HR, LLC
4347 Phelan BLVD, STE 104
Beaumont, TX 77707


Southside Machine Works, Inc
P.O. Box 6410
Lake Charles, LA 70606


State Of Louisiana
Dept of Environmental Quality
Financial Services Division
P.O. Box 4311
Baton Rouge, LA 70821


State Police, Right-to-Know
Office of Management and Finance
P.O. Box 66909
Baton Rouge, LA 70896
```

Tanglewood Equities LP
225 Greenfield Parkway
Suite 202
Liverpool, NY 13088


TCP Specialists, Inc.
585 Park Dr.
Gloster, LA 71030


Terrance Morton
1284 Brawley School Road
Mooresville, NC 28117


Thomas Dodge
P.O. Box 601796
Dallas, TX 75360


United Rental
6125 Lake View Rd., #300
Charlotte, NC 28269


Vernon Govender
6215 Prestondell
Dallas, TX 75254


William Duvall, Jr.
2000 McKinney Ave
Suite 1000
Dallas, TX 75201