CONDON TOBIN SLADEK THONRTON PLLC
J. Seth Moore
Texas Bar No. 24027522
8080 Park Lane, Suite
Dallas, Texas 75231
Telephone:  (214) 265-3800
Facsimile:  (214) 691-6311
smoore@ctstlaw.com


ATTORNEY FOR JONATHAN W. THAYER, WILLIAM C. DUVALL, CHARLES E. GALE AND PECOS FINANCIAL COMPANY, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-33693 |
| | § | |
| **BRITLIND OIL, LLC** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

COMES now, JONATHAN W. THAYER, WILLIAM C. DUVALL, CHARLES E. GALE AND PECOS FINANCIAL COMPANY, LLC, a party in interest herein, and requests that all Notices given or required to be given in this case and any cases consolidated herewith, and all papers served or are required to be served in this case, and any cases consolidated herewith, be given to and served upon J. Seth Moore,  Condon Tobin Sladek Thornton PLLC, 8080 Park Lane, Suite 700, Dallas, Texas 75231, smoore@ctstlaw.com attorney for JONATHAN W. THAYER, WILLIAM C. DUVALL, CHARLES E. GALE AND PECOS FINANCIAL COMPANY, LLC.

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a) – PAGE 1 OF 3**

v.

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Dated this 16th day of August 2019.

Respectfully submitted,

**CONDON TOBIN SLAEDEK THORNTON PLLC**

*/s/ J. Seth Moore*
J. Seth Moore
Texas Bar No. 24027522
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone:  (214) 265-3800
Facsimile:  (214) 691-6311
Email:  smoore@ctstlaw.com

ATTORNEY FOR JONATHAN W. THAYER, WILLIAM C. DUVALL, CHARLES E. GALE AND PECOS FINANCIAL COMPANY, LLC

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a) – PAGE 2 OF 3**

v.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)** has been forwarded this date by U.S. Mail, first class, postage prepaid to all parties on the attached Service List.

Signed this 16th day of August 2019.

/s/ J. Seth Moore
J. SETH MOORE

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a) – PAGE 3 OF 3**

v.